IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| PEMBERTON, INC. | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. CV2006-1059 |
| GEORGIA MUTUAL INSURANCE, and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) |
|     Defendants. | ) ) |

RECEIVED
2006 JUN -5 A 9:45

2:06CV504-

## NOTICE OF FILING REMOVAL

**COMES NOW** defendant, Georgia Mutual Insurance, and hereby gives notice that removal pleadings have been filed with the United States District Court for the Middle District of Alabama, Northern Division, removing this cause to the above-mentioned federal court.

SMITH, SPIRES & PEDDY, P.C.
2015 SECOND AVENUE NORTH
SUITE 200
BIRMINGHAM, ALABAMA 35203
(205) 251-5885
(205) 251-8642

_____
Bryan Scott Tyra
Bar ID: TYR005
Attorney for Defendant,
Georgia Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals by placing a copy thereof in the United States mail, postage prepaid, on this 2 day of JUNE, 2006.

Shane T. Sears
BRADFORD LAW FIRM, P.C.
2020 Canyon Road
Birmingham, Alabama   35216

_____
Of Counsel