IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:06CV504-V |
| GEORGIA MUTUAL INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

## ANSWER

**COMES NOW** defendant Georgia Mutual Insurance Company, by and through the undersigned counsel of record, and for its Answer to Plaintiff's complaint, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied..

5. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

6. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

7. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

8. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

9. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

10. Admitted in part, denied in part. Jarman obtained a commercial liability policy from Georgia Mutual Insurance Company. However, Georgia Mutual Insurance Company had no duty to defend and indemnify Pemberton and its employees in the underlying case.

11. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

12. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

13. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

14. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

15. Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

16. Denied as to Georgia Mutual Insurance Company. As to the remainder of the averment, Defendant is without sufficient knowledge to admit or deny the truth of this averment, therefore it is denied.

## **AFFIRMATIVE DEFENSES**

## FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted. Plaintiff has failed to allege that it was an insured of this defendant and entitled to defense and indemnity pursuant to a contract of insurance issued by Georgia Mutual Insurance Company.

## SECOND DEFENSE

The plaintiff has failed to mitigate its damages.

## THIRD DEFENSE

The plaintiff was not an insured of this defendant. Nor was the subcontract and insured agreement under the policy of insurance issued by Georgia Mutual Insurance Company to Pemberton.

## FOURTH DEFENSE

The plaintiff is not the real party in interest and therefore has no standing to prosecute this action.

## FIFTH DEFENSE

This defendant denies any and all allegations of wrongdoing and demands strict proof thereof.

## SIXTH DEFENSE

Defendant reserves the right to amend its answer upon completion of discovery.

SMITH, SPIRES & PEDDY, P.C.
2015 SECOND AVENUE NORTH
SUITE 200
BIRMINGHAM, ALABAMA 35203
(205) 251-5885
(205) 251-8642

_____
Bryan Scott Tyra
Bar ID: TYR005
Attorney for Defendant,
Georgia Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals by placing a copy thereof in the United States mail, postage prepaid, on this 2 day of JUNE, 2006.

Shane T. Sears
BRADFORD LAW FIRM, P.C.
2020 Canyon Road
Birmingham, Alabama 35216

_____
Of Counsel