IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV504-VPM |
| ) | |
| GEORGIA MUTUAL INSURANCE ) | |
| COMPANY and ZURICH AMERICAN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case has been removed to this court from the Montgomery County Circuit Court (Do. # 1). For good cause, it is ORDERED as follows:

1. On or before 28 July 2006, the defendant ZURICH AMERICAN INSURANCE COMPANY ["Zurich"] shall notify the Clerk of the court in writing whether it intends to be represented by counsel in this case, or in the alternative, counsel for Zurich shall file a Notice of Appearance.

2. Zurich shall file an Answer to the complaint on or before 4 August 2006.

DONE this 19th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE