IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PEMBERTON, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 2:06-cv-00504-VPM |
| | * |
| GEORGIA MUTUAL INSURANCE, et al., | * |
| | * |
| | * |
| Defendants. | * |

**ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS**

COMES NOW the Defendant, Zurich American Insurance Company, and respectfully requests this Honorable Court to dismiss any claims against it in this case pursuant to Rule 12(b)(1) and (2), Fed.R.Civ.P. All claims against Zurich were dismissed at the state court level before this case was removed to this Honorable Court and, accordingly, any remaining claims against Zurich are due to be dismissed, with prejudice. In support of said motion, Zurich states as follows:

1. This lawsuit was originally filed in the Circuit Court of Montgomery County, Alabama, on April 17, 2006. On or about May 1, 2006, counsel for Pemberton, Inc., and Zurich negotiated a settlement of this case, as well as the underlying tort action which is the subject of this coverage litigation. Because a settlement had been negotiated and finalized, Zurich did not file a responsive pleading to the original Complaint filed in this case in the Circuit Court of Montgomery County, Alabama.

2. Pursuant to the terms of the settlement, on May 15, 2006, the Plaintiff, Pemberton, Inc., filed a motion to dismiss, <u>with prejudice</u>, all claims against Zurich. A copy of this

Motion to Dismiss is attached hereto as Exhibit A.

3. On May 18, 2006, Circuit Judge Johnny Hardwick granted the Motion to Dismiss Zurich from this case, without prejudice.[1]

4. On June 5, 2006, this case was removed from the Circuit Court of Montgomery County, Alabama, by Georgia Mutual Insurance. Apparently, in the removal process, the Motion to Dismiss and corresponding Order attached hereto as Exhibit A were not transmitted to this Honorable Court.

5. Because Zurich was dismissed from this litigation prior to the removal of the case to the United States District Court for the Middle District of Alabama, Zurich asserts that the Court lacks jurisdiction over it or the claims asserted against it pursuant to Rule 12(b)(1) and (2), Fed.R.Civ.P. Pursuant to the Order entered by Judge Hardwick on May 18, 2006, all claims against Zurich had been dismissed and Zurich is no longer a party to this case.

WHEREFORE, PREMISES CONSIDERED, Zurich respectfully requests a final dismissal from this case, with prejudice. As indicated on the Motion to Dismiss attached hereto as Exhibit A previously filed by Pemberton, Inc., it is the intention of the parties that all claims against Zurich should be dismissed with prejudice.

---

[1] Zurich notes that the Motion to Dismiss filed by Pemberton, Inc., in the Circuit Court of Montgomery County clearly states the claims against Zurich are due to be dismissed "with prejudice." In spite of this, Judge Hardwick's Order, which is reflected by handwritten entry on the bottom of Exhibit A, dismisses Zurich "without prejudice." Because it was the intention of the parties to have all claims against Zurich dismissed "with prejudice," Zurich respectfully requests this Honorable Court to enter an amended Order of dismissal dismissing all claims against Zurich "with prejudice."

Respectfully submitted this the 3rd day of August, 2006.

        /s/S. Anthony Higgins
        S. ANTHONY HIGGINS
        Attorney for Defendant Zurich American Insurance Company

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101
email: thiggins@nixholtsford.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of August, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Larry Bradford, Esq.
Shane Thomas Sears, Esq.
Bradford & Sears
2020 Canyon Road, Suite 100
Birmingham, AL 36216

Bryan Scott Tyra, Esq.
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, AL 35203

        /s/S. Anthony Higgins
        OF COUNSEL

3