**EXHIBIT A**

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| PEMBERTON, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV-06-1059 |
| GEORGIA MUTUAL INSURANCE., et al., | ) |
| Defendants. | ) |

**MOTION TO DISMISS**

Comes now the plaintiff, Pemberton, Inc., pursuant to Rule 41 of the Alabama Rules of Civil Procedure, and dismisses its claims against the defendant, Zurich American Insurance Company, with prejudice. In support of the motion, Pemberton shows unto the court the following:

1. Pemberton filed this complaint against Zurich based upon its failure to defend and indemnify it for an underlying wrongful death case.

2. Pemberton has now settled this case with Zurich and, therefore, the claims are now moot.

3. Pemberton is not dismissing its claims against Georgia Mutual Insurance Company.

R. Larry Bradford, Attorney for Defendant, Pemberton, Inc.
Attorney Bar Code: BRA039

*Motion Granted. Case dismissed without prejudice.*
*5/18/06   Joy Hardwick, Judge*