IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06CV504-VPM |
| GEORGIA MUTUAL INSURANCE, | ) |
| Defendants. | ) |

## ORDER

The defendant, ZURICH AMERICAN INSURANCE COMPANY ["Zurich"], filed a Motion to Dismiss on 3 August 2006 (Doc. # 5). The motion alleges quite clearly that, on 18 May 2006, more than two weeks before the removal of this case to federal court on 5 June 2006, Zurich was dismissed from the lawsuit in the Montgomery County Circuit Court. Although Zurich requested a dismissal "without prejudice", the court appears to have inadvertently dismissed the defendant "with prejudice". Because the removal was filed by another defendant and because the dismissal in the state court appears to have been due, it is

ORDERED that, on or before 14 August 2006, the plaintiff and the remaining defendant, Georgia Mutual Insurance Company, shall show cause in writing why Zurich's motion should not be granted. In so doing, each party shall state its position on the issuance in this court of an order dismissing Zurich with prejudice.

DONE this 4th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE