IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PEMBERTON, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. CV06-504-VPM |
| ) | |
| **GEORGIA MUTUAL INSURANCE** ) | |
| **COMPANY and ZURICH AMERICAN** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, GEORGIA MUTUAL INSURANCE COMPANY'S
RESPONSE TO ZURICH AMERICAN INSURANCE COMPANY'S
MOTION TO DISMISS**

**COMES NOW** defendant, Georgia Mutual Insurance Company, by and through the undersigned counsel of record in the above-styled cause of action, and states it has no objection to the Court issuing an order dismissing Zurich American Insurance Company from this action with prejudice.

/s/ Bryan Scott Tyra
BAR ID: TYR005
Attorney for Defendant,
Georgia Mutual Insurance Company

**OF COUNSEL**

Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35023
(205) 251-5885
(205) 214-6154

**CERTIFICATE OF SERVICE**

  I hereby certify that on_____, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shane T. Sears
BRADFORD LAW FIRM, P.C.
2020 Canyon Road
Birmingham, Alabama   35216

S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins & Horton, P.C.
P.O. Box 4128
Montgomery, Alabama 36103

            /s/ Bryan Scott Tyra
            OF COUNSEL