**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 16, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style: Pemberton, Inc. V. Georgia Mutual Insurance et al
Case No.:   2:06cv504-VPM
            Document 9 Motion to Dismiss

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf for this document. The originally e-filed document was not signed or dated and the e-filer incorrectly selected the filer of the document as defendant Georgia Mutual Insurance rather than plaintiff Pemberton, Inc. This entry has been corrected and a copy of the corrected document is attached to this Notice of Correction.