IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PEMBERTON, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV-06-504 |
| ) | |
| GEORGIA MUTUAL INSURANCE., et al., ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Comes now the plaintiff, Pemberton, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, and moves the court to dismiss this case against the defendant, Zurich American Insurance Company ("Zurich"), with prejudice. In support of the motion, Pemberton shows unto the court the following:

1. Pemberton has now settled its claims against Zurich. Thus, the coverage issues involving its policy are moot.

2. Zurich has not filed an answer to the complaint, but its attorney consents to this dismissal.

*R. Larry Bradford*, Attorney for Plaintiff,
Pemberton, Inc.
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __15__ day of August, 2006 served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

S. Anthony Higgins, Esq.
Nix, Holtsford, Gilliland,
Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103

Bryan Scott Tyra, Esq.
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, AL 35203

_____
OF COUNSEL