IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV504-VPM |
| | ) |
| GEORGIA MUTUAL INSURANCE, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

For good cause, it is

ORDERED that the scheduling conference set for 23 August 2006 is CANCELLED.

Due to the parties' failure to respond to this court's order of 4 August 2006 requesting consent forms, the Clerk is directed to assign this case to a district judge.

DONE this 23rd day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE