**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                  TELEPHONE (334) 954-3600

August 23, 2006

## NOTICE OF REASSIGNMENT

RE:    Pemberton, Inc. V. Georgia Mutual Insurance et al
         Civil Action No. 2:06cv00504-VPM

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:06cv00504-MEF. This new case number should be used on all future correspondence and pleadings in this action.

                                                           Sincerely,

                                                           Sheryl K. Lent
                                                           Deputy Clerk