IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC., | ) |
|     PLAINTIFF, | ) ) ) |
| v. | )   CASE NO.: 2:06-cv-504-MEF |
| GEORGIA MUTUAL INSURANCE, *et al.*, | ) ) ) |
|     DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on two motions to dismiss from this action with prejudice all claims against Defendant Zurich American Insurance Company. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Pemberton, Inc. moves to dismiss this case against Defendant Zurich American Insurance Company. *See* Doc. # 9. Defendant Zurich American Insurance Company has also filed its own motion seeking dismissal of the claims against it on the grounds that it had previously settled with Plaintiff. For good cause shown, it is hereby ORDERED as follows:

    1. The Motion to Dismiss (Doc. # 9) filed by Plaintiff Pemberton, Inc. is GRANTED and all claims in this case against Defendant Zurich American Insurance Company are hereby DISMISSED WITH PREJUDICE.

    2. Zurich American Insurance Company's Motion to Dismiss (Doc. # 5) is DENIED as MOOT.

    3. Nothing in this Order shall be deemed to have any effect on the claims of Plaintiff

Pemberton, Inc. against any defendant other than Defendant Zurich American Insurance Company, which claims remain pending.

DONE this the 24th day of August, 2006.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE