IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEMBERTON, INC., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 06-504-MEF-VPM |
| GEORGIA MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on October 24, 2006 was attended by:

Shane Sears for plaintiff; and

Bryan Scott Tyra for defendant.

2.  <u>Pre-Discovery Disclosures</u>. The parties will exchange by November 5, 2006 the information required by Local Rule 26.1(a)(1).

3.  <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the facts of the accident and the injuries to the plaintiffs.

    b.  Discovery shall be commenced in time to be completed by June 24, 2007.

  c. Maximum of 25 interrogatories including sub-parts by each party to any other party.  Responses due 30 days after service.

  d. Maximum of 10 requests for admission by each party to any other party. Responses due 30 days after service.

  e. Maximum of seven depositions by plaintiffs and seven depositions by defendant.

  f. Each deposition, other than those of retained experts, is limited to a maximum of three hours unless extended by agreement of the parties.

  g. Reports from retained experts under Rule 26(a)(2) are due:

  Plaintiffs by May 1, 2007.

  Defendant by June 1, 2007.

  h. Supplementations under Rule 26(e) due 30 days before trial.

IV. <u>Other Items</u>.

  a. The parties do not request a conference with the court before entry of the scheduling order.

  b. The parties request a pretrial conference in November 2006.

  c. Plaintiffs shall be allowed until February 1, 2007 to join additional parties and amend the pleadings.

  d. Defendant shall be allowed until March 1, 2007 to join additional parties and amend the pleadings.

  e. All potentially dispositive motions shall be filed by July 1, 2007.

   f. Settlement cannot be evaluated at this time; however, the parties will consider mediation of this case after initial discovery is conducted.

   g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiffs at least 45 days before trial and from defendant at least 30 days before trial.

   h. The parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

   i. The case should be ready for trial by September 2007. The trial is expected to take three days.

                s/s Shane T. Sears
                Shane T. Sears, Attorney for Plaintiff
                Pemberton, Inc.

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
205-871-7733

                s/s Brian Scott Tyra
                Brian Scott Tyra, Attorney for Defendant
                Georgia Mutual Insurance Company

OF COUNSEL:

Smith, Spire & Peddy, P.C.
2015 2ND Avenue North
Suite 200
Birmingham, Alabama 35203
205-251-5885