IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PEMBERTON, INC.** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   CASE NO. CV06-504-MEF |
| | ) |
| **GEORGIA MUTUAL INSURANCE** | ) |
| **COMPANY and ZURICH AMERICAN** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
|     **Defendants.** | ) |

### NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant, Georgia Mutual Insurance Company, by and through the undersigned counsel in the above-styled cause of action, notifies the Court that on November 6, 2006 defendant served counsel for all parties the following:

    1.    Initial Disclosures of Georgia Mutual Insurance Company.

                                  /s/ Bryan Scott Tyra
                                  Bryan Scott Tyra
                                  Bar ID: TYR005- TYRAB3992
                                  Attorney for Defendant,
                                  Georgia Mutual Insurance Company

### CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shane T. Sears
BRADFORD LAW FIRM, P.C.
2020 Canyon Road
Birmingham, Alabama 35216

                                  /s/ Bryan Scott Tyra
                                  Of Counsel