IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. CV06-504-MEF-WC |
| | ) |
| GEORGIA MUTUAL INSURANCE | ) |
| COMPANY and ZURICH AMERICAN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF FILING CERTIFIED COPY OF POLICY OF INSURANCE
IN SUPPORT OF DEFENDANT, GEORGIA MUTUAL INSURANCE COMPANY'S,
MOTION FOR SUMMARY JUDGMENT**

Comes now defendant, Georgia Mutual Insurance Company, by and through its undersigned counsel of record, in the above-styled action, who gives notice of the filing of a certified copy of policy of insurance, attached hereto, in support of its Motion for Summary Judgment.

                                                SMITH, SPIRES & PEDDY, P.C.
                                                2015 SECOND AVENUE NORTH
                                                SUITE 200
                                                BIRMINGHAM, ALABAMA 35203
                                                (205) 251-5885
                                                (205) 251-8642

                                                /s/ Bryan Scott Tyra
                                                Bryan Scott Tyra (TYR005)
                                                Attorney for Defendant,
                                                Georgia Mutual Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shane T. Sears
BRADFORD LAW FIRM, P.C.
2020 Canyon Road
Birmingham, Alabama   35216

/s/ Bryan Scott Tyra
Of Counsel