IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-504-MEF |
| ) | |
| GEORGIA MUTUAL INSURANCE, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before April 20, 2007.

DONE this 28th day of March, 2007.

                                      /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE