IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEMBERTON, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. CV06-504-MEF-WC |
| GEORGIA MUTUAL INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff and Defendant, Georgia Mutual Insurance Company, by and through their respective attorneys, hereby stipulate that the Court is to enter an Order dismissing this cause with prejudice, costs taxed as paid.

DATED: April 16, 2007

_____
Shane T. Sears
Attorney for Plaintiff

_____
Bryan Scott Tyra
Attorney for Defendant, Georgia Mutual
Insurance Company